UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Michele Ann Sarkisian-Haines | : |
| Debtor | : Bankruptcy No. 17-17600-JKF |
| | : |
| | : Application for Compensation |
| | : of Attorney Fees for Services |
| | : Rendered from 12/13/2016 to 9/12/2018 |

## CERTIFICATION OF NO RESPONSE TO
## APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I, Jeffery A. Fournier, Esquire, attorney for Debtor, hereby certifies the following:

1. That an Application for Compensation of Attorney Fees was filed on or about September 17, 2018.

2. Notice was served upon all creditors and interested parties on or about September 18, 2018.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

**WHEREFORE**, I respectfully request that the Application for Compensation of Attorney Fees be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor