UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Chapter 13 |
| Michele Ann Sarkisian-Haines | : |
| Debtor | : Bankruptcy No. 17-17600-JKF |
| | : |
| | : Application for Compensation |
| | : of Attorney Fees for Services |
| | : Rendered from 12/13/2016 to 9/12/2018 |

ORDER TO APPROVE COMPENSATION
OF ATTORNEY FEES

AND NOW, this _____ day of _____, 2018, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $ 3,820.00 and cost of $310.00 are approved and the amount owed of $2,330.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

**Date: October 17, 2018**

_____
Hon. Jean K. FitzSimon                    J.
United States Bankruptcy Judge