United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17600-jkf
Michele Ann Sarkisian-Haines                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Linda              Page 1 of 1           Date Rcvd: Oct 17, 2018
                             Form ID: pdf900          Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2018.
db             +Michele Ann Sarkisian-Haines,   316 Newport Road,   Bristol, PA 19007-3007

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2018                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2018 at the address(es) listed below:
          FREDERICK L. REIGLE   on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          JAMES RANDOLPH WOOD   on behalf of Creditor   Bristol Township jwood@portnoffonline.com,
           jwood@ecf.inforuptcy.com
          JEFFERY A. FOURNIER   on behalf of Debtor Michele Ann Sarkisian-Haines jefffournier@verizon.net
          LEON P. HALLER   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,  dmaurer@pkh.com;mgutshall@pkh.com
          REBECCA ANN SOLARZ   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                        TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In Re:<br><br>    Michele Ann Sarkisian-Haines<br>               Debtor | : Chapter 13<br>:<br>:<br>:<br>: Bankruptcy No. 17-17600-JKF<br>:<br>: Application for Compensation<br>: of Attorney Fees for Services<br>: Rendered from 12/13/2016 to 9/12/2018 |

### ORDER TO APPROVE COMPENSATION
### OF ATTORNEY FEES

AND NOW, this _____ day of _____, 2018, upon consideration of Application for Compensation of Attorney Fees by Jeffery A. Fournier, and upon notice and a hearing it is hereby ORDERED that the attorney fees for Jeffery A. Fournier, Esquire of $ 3,820.00 and cost of $310.00 are approved and the amount owed of $2,330.00 be paid out of the Debtor's Chapter 13 Plan as an administrative expense.

BY THE COURT:

_____

Hon. Jean K. FitzSimon        J.
United States Bankruptcy Judge

**Date: October 17, 2018**