| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-17600-AMC**

MICHELE ANN SARKISIAN-HAINES  
316 NEWPORT ROAD  
BRISTOL PA 19007

Petition Filed Date: 11/08/2017  
341 Hearing Date: 01/12/2018  
Confirmation Date: 09/12/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $350.00 | 17872259129 | 02/13/2019 | $350.00 | 17873994024 | 03/29/2019 | $350.00 | 17915452374 |
| 05/22/2019 | $350.00 | 47042565276 | 06/17/2019 | $350.00 | 47042565325 | 06/26/2019 | $350.00 | 47042565336 |
| 07/15/2019 | $350.00 | 17933392848 | 10/02/2019 | $350.00 | 47042565486 | 10/24/2019 | $350.00 | 47042565552 |
| 10/29/2019 | $350.00 | 47042565570 | 11/12/2019 | $350.00 | 47042565595 | 12/30/2019 | $350.00 | 47046494882 |
| 01/28/2020 | $350.00 | 17950507739 | 02/05/2020 | $350.00 | 47046494956 | 03/11/2020 | $350.00 | 47046495032 |
| 04/07/2020 | $350.00 | 47046495056 | 05/14/2020 | $350.00 | 47046495119 | 06/17/2020 | $350.00 | 47046495162 |
| 07/21/2020 | $350.00 | 47046495192 | | | | | | |

**Total Receipts for the Period: $6,650.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,850.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 001 | Unsecured Creditors | $1,196.34 | $718.15 | $478.19 |
| 3 | BRISTOL TOWNSHIP<br>»» 003 | Secured Creditors | $6,001.05 | $6,001.05 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $910.24 | $546.40 | $363.84 |
| 2 | PA HOUSING FINANCE AGENCY<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 5 | JEFFERY A FOURNIER ESQ<br>»» 005 | Attorney Fees | $2,330.00 | $2,330.00 | $0.00 |

**Chapter 13 Case No. 17-17600-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $10,850.00 | Current Monthly Payment: | $350.00 |
| Paid to Claims: | $9,595.60 | Arrearages: | $700.00 |
| Paid to Trustee: | $939.40 | Total Plan Base: | $21,000.00 |
| Funds on Hand: | $315.00 | | |

### NOTES:

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.