United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Michele Ann Sarkisian-Haines  
    Debtor

Case No. 17-17600-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Mar 19, 2021      Form ID: 138NEW      Total Noticed: 16

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michele Ann Sarkisian-Haines, 316 Newport Road, Bristol, PA 19007-3007 |
| 14178094 | + | Bristol Township, c/o Portnoff Law Assoc., Ltd., P. O. Box 3020, Norristown, PA 19404-3020 |
| 14080425 | + | Bristol Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 14011293 | + | Bristol Township, 2501 Bath Road, Bristol, PA 19007-2150 |
| 14011297 | + | Cardiology Consultants of Phila., PC, 207 N. Broad Street, Floor 3, Philadelphia, PA 19107-1500 |
| 14198948 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Road, Bristol, PA 19007-6902 |
| 14011296 | + | Levittown-Fairless Hills Rescue Squad, P. O. Box 726, New Cumberland, PA 17070-0726 |
| 14011294 | + | Michael T. McKeever, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14073342 | + | U.S. Bank National Association (Trustee for the Pe, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14011292 | + | US Bank NA, Trustee for PA Housing Finance Agency, 211 North Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 20 2021 03:58:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 20 2021 03:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 20 2021 03:58:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14178098 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2021 04:15:23 | LVNV Funding LLC, assignee, of FNBM, LLC, Resurgent Capital Services, P. O. Box 10587, Greenville, SC 29603-0587 |
| 14089467 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 20 2021 04:15:28 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14067325 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 20 2021 04:22:30 | Verizon, by American InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 6

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Bristol Township, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |

Case 17-17600-amc    Doc 54    Filed 03/21/21    Entered 03/22/21 00:45:36    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 19, 2021 | Form ID: 138NEW | Total Noticed: 16 |

| | | |
|---|---|---|
| 14178095 | *+ | Cardiology Consultants of Phila., PC, 207 N. Broad Street, Floor 3, Philadelphia, PA 19107-1500 |
| 14178097 | *+ | Levittown-Fairless Hills Rescue Squad, P. O. Box 726, New Cumberland, PA 17070-0726 |
| 14178099 | *+ | Michael T. McKeever, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14178100 | *+ | Russell P. Sacco, Esquire, 53 S. Main Street, Yardley, PA 19067-1584 |
| 14178101 | *+ | US Bank NA, Trustee for PA Housing Finance Agency, 211 North Front Street, P. O. Box 15057, Harrisburg, PA 17105-5057 |
| 14178102 | *+ | Verizon, by American InfoSource LP as agent, 4515 N. Santa Fe Avenue, Oklahoma City, OK 73118-7901 |
| 14011295 | ##+ | Russell P. Sacco, Esquire, 53 S. Main Street, Yardley, PA 19067-1584 |

TOTAL: 0 Undeliverable, 7 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 21, 2021          Signature:      /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| FREDERICK L. REIGLE | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bristol Township jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Michele Ann Sarkisian-Haines jefffournier@verizon.net |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| POLLY A. LANGDON | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Michele Ann Sarkisian−Haines

    Debtor(s)

Bankruptcy No: 17−17600−amc

Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

   1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

   4. All objections must be filed with the Clerk at the following address:

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

   5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

For The Court<br>
Timothy B. McGrath<br>
Clerk of Court

Dated: 3/19/21

53 − 52<br>
Form 138_new