

**From:** USBankruptcyCourts@noticingcenter.com
**Subject:** U.S. Bankruptcy Court, Eastern District of Pennsylvania - Undeliverable Notice, In re: Michele Ann Sarkisian-Haines, Case Number: 17-17600, amc, Ref: [p-162200419]
**Date:** March 20, 2021 at 10:25 AM
**To:** jefffournier@verizon.net

<u>Notice of Undeliverable Mail to Debtor/Debtor's Attorney</u>

March 21, 2021

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
   In re: Michele Ann Sarkisian-Haines, Case Number 17-17600, amc

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court**
**Philadelphia**
**900 Market Street**
**Suite 400**
**Philadelphia, PA 19107**

Undeliverable Address:
Russell P. Sacco, Esquire
53 S. Main Street
Yardley, PA 19067

Role type/cr id: 14011295
Reason Undeliverable: FORWARDING ORDER HAS EXPIRED
THE UPDATED ADDRESS IS:

*57 South Main St.*

*YARDLEY, PA 19067*

Signature of Debtor or Debtor's Attorney                    Date    *03-22-2021*